```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

John R. Griffin, Jr.
                                        Case No. 24-cv-141-LM-AJ

    v.

Burndy, LLC et al.


                               ORDER


    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 6, 2025 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The defendants' motion to dismiss (doc. 7) is granted. The plaintiff's motions to amend and/or clarify (docs. 15, 19, 21 and 22) are granted to the extent the plaintiff is permitted to file an

amended complaint consistent with the Report and Recommendation within 30 days. The motions to amend/clarify are otherwise denied.

_____
Landya B. McCafferty
United States District Judge

Date: March 13, 2025

cc: John R. Griffin, Jr.
    Counsel of Record