UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John R. Griffin, Jr.</u>

   v.                                                                                 Case No. 24-cv-141-LM-AJ

<u>Burndy, LLC, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed (doc. no. 62), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 30, 2025 (R&R). For the reasons explained in the R&R, defendants' motion to dismiss (doc. no. 46) is granted in part and denied in part. Mr. Griffin's claims brought under Title VII and RSA chapter 354-A (Claims 1–4) are dismissed for failure to exhaust administrative remedies. Defendant Hubbell is dismissed from this action for the reason explained in the R&R. The court considered Mr. Griffin's newly-raised argument in his objection and rejects it for the reasons stated in defendants' response (doc. no. 63).

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: January 27, 2026

cc:    John R. Griffin, Jr., pro se
        Counsel of Record