UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John R. Griffin, Jr.

    v.                                                    Case No. 24-cv-141-LM-AJ

Burndy, LLC

ORDER

After due consideration of the objection and responses filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 24, 2026.

Defendant Burndy's motion to decline supplemental jurisdiction and dismiss (document 71) is granted in part and denied in part. The court declines to exercise supplemental jurisdiction and remands, rather than dismisses, the matter to the Coos County Superior Court. Document 65 is terminated as moot.

_____
Landya B. McCafferty
United States District Judge

Date: May 19, 2026


cc:   John R. Griffin, Jr., pro se
      Counsel of Record